IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

MICHAEL'S FINER MEATS, LLC,

    Plaintiff,

vs.

    Case No. C2-09-001
    Judge Edmund A. Sargus, Jr.
    Magistrate Judge Norah McCann King

MICHAEL F. ALFERY,

    Defendant.

## ORDER

Plaintiff Michael's Finer Meats, LLC.'s Motion for Summary Judgment on Count One of the Complaint related to the validity of the contract at issue in this case (Doc. 9/10) is **DENIED**; Defendant Michael F. Alfery's Motion for Partial Summary Judgment (Doc. 11) on the issue of the validity of the contract is also **DENIED**. Opinion on these matters to follow.

**IT IS SO ORDERED.**

\_\_1-12-2009_____
DATED

_____
EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE