IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| Michael's Finer Meats, LLC, | |
| Plaintiff, | Civil Action No. 2:09-CV-001 |
| | Judge Sargus |
| v. | Magistrate Judge King |
| Michael F. Alfery, | |
| Defendant. | |

## ORDER APPROVING STIPULATION OF DISMISSAL

The Court, being duly advised that the parties have resolved their differences, hereby enters the following Stipulated Order of Dismissal, giving effect to the parties' Settlement Agreement:

1. The Court's Amended Preliminary Injunction, entered on January 13, 2009, shall remain in effect until November 10, 2009.

2. The security bond of $10,000 posted by Plaintiff Michael's Finer Meats, LLC is ordered released, and to be returned by the Clerk of Courts to Michael's Finer Meats, LLC.

3. Subject to continuation of the Court's Amended Preliminary Injunction, over which the Court retains continuing jurisdiction, this action is dismissed with prejudice, at Plaintiff's costs.

7-30-2009
United States District Judge